Christopher W. Olmsted, Esq. (SBN 173771)
BARKER OLMSTED & BARNIER APLC.
3550 Camino del Rio N., Suite 303
San Diego, CA 92108
Tel: (619) 682-4040
Fax: (619) 220-7056

Attorneys for Plaintiffs SYNDROME DISTRIBUTION, INC.

Michael W. Ellison, Esq.
Suzanne Burke Spencer, Esq.
SMITH ELLISON
7700 Irvine Center Drive, Suite 730
Irvine, CA 92618
Tel: (949) 442-1500
Fax: (949) 442-1515

Steven L. Permut, Esq.
Richard Hoffmann, Esq.
REISING ETHINGTON PC
755 W. Big Beaver Raod, Suite 1850
Troy, Michigan 48084
Tel: (248) 689-3500
Fax: (248) 689-4071

Attorneys for Defendant TGM DISTRIBUTION, INC. dba TGM SKATEBOARDS

## IN THE UNITED STATES DISTRICT COURT

## FOR SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNDROME DISTRIBUTION, INC. a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>TGM DISTRIBUTION, INC. dba TGM SKATEBOARDS, a Michigan Corporation,<br><br>Defendant | CASE NO.: 11 CV 0945 BTM CAB<br><br>**AGREED MOTION TO DISMISS WITH PREJUDICE AGAINST DEFENDANT TGM DISTRIBUTION, INC. dba TGM SKATEBOARDS** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Confidential Settlement Agreement and License Agreement, the Plaintiff, Syndrome

Distribution, Inc. ("Syndrome") and Defendant, TGM Distribution Inc., d/b/a TGM Skateboard ("TGM") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties therefore, move this Court to dismiss the above-entitled cause and all claims by Syndrome against TGM and all claims by TGM against Syndrome made therein with prejudice to the re-filing of same. The Parties further request that the proposed Order accompanying this motion be entered on October 18, 2011, unless requested earlier by counsel for Plaintiff.

The parties further move the court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this Motion.

APPROVED AS TO FORM AND CONTENT:

Dated: October 14, 2011

BARKER OLMSTED & BARNIER, APLC

_____
Christopher W. Olmsted
Attorneys for Plaintiff SYNDROME
DISTRIBUTION, INC.

Dated: October 21, 2011

SMITH ELLISON, P.C.

_____
Michael W. Ellison
Attorneys for Defendant TGM
DISTRIBUTION, INC. dba TGM
SKATEBOARDS

2

| | |
|---|---|
| Dated: October 20, 2011 | REISING ETHINGTON, P.C.<br><br>_____<br>Steven L. Permut, *Pro Hac Vice*<br>Attorneys for Defendant TGM<br>DISTRIBUTION, INC. dba TGM<br>SKATEBOARDS |