# IN THE UNITED STATES DISTRICT COURT

# FOR SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNDROME DISTRIBUTION, INC. a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>TGM DISTRIBUTION, INC. dba TGM SKATEBOARDS, a Michigan Corporation,<br><br>Defendant | CASE NO.:   11 CV 0945 BTM CAB<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss this case with prejudice is hereby GRANTED.

This action, including all counterclaims, is DISMISSED WITH PREJUDICE. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This Court will retain jurisdiction for purposes of enforcing the Settlement Agreement between the parties.

IT IS SO ORDERED.

Dated: October 24, 2011

Hon. Barry Ted Moskowitz
United States District Judge

1